1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 RUSLAN KHOLYAVKIN,                    )
                                         )  No. C 06-7722 BZ
13                                       )
                 Plaintiff,              )
14                                       )
          v.                             )
15                                       )  **STIPULATION TO DISMISS; AND**
   Department of Homeland Security, MICHAEL ) ~~[PROPOSED]~~ **ORDER**
16 CHERTOFF, Secretary; U.S. Attorney General, )
   ALBERTO GONZALES; United States       )
17 Citizenship and Immigration Services,  )
   EMILIO T. GONZALEZ, Director; United   )
18 States Citizenship and Immigration Services, )
   ALFONSO AGUILAR, Chief; United States  )
19 Citizenship and Immigration Services, DAVID )
   STILL, District Director,             )
20                                       )
                 Defendants.             )
21 _____ )

22     Plaintiff, by and through his attorneys of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

26 to do so within 14 days of the dismissal of this action. The parties ask the the May 16, 2007

27 hearing on Defendants' motion for remand be vacated.

28     Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C06-7722 BZ                              1

| | |
|---|---|
| 1  Dated: May 9, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 8  Dated: May 9, 2007 | _____/s/_____<br>MONICA KANE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10 May 07

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation to Dismiss
C06-7722 BZ                                    2